# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 04-2970-Ma/P |
| | ) Crim. No. 02-20074-G |
| ANTONIO D. PATRICK, | ) |
| | ) |
| Defendant. | ) |

## ORDER DENYING REQUEST FOR ORDER TO SHOW CAUSE

On December 1, 2005, the undersigned received a document from the defendant, Antonio D. Patrick, in this case filed pursuant to 28 U.S.C. § 2255. The defendant requests the undersigned to order United States "Magistrate" Judge Samuel H. Mays to order the United States to show cause why his § 2255 motion should not be granted.

The Honorable Samuel H. Mays, to whom this case is assigned, is a United States District Judge rather than a Magistrate Judge. The present position of the undersigned as the Chief District Judge of this district does not confer the authority to order fellow Judges how to manage their cases. The defendant's request is DENIED. Defendant must direct all further requests for action to Judge Mays.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 December 2005
DATE



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/8/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02970 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Antonio D. Patrick
FCI-MEMPHIS
18288-076
P.O. Box 34550
Memphis, TN 38184

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT